DANIEL G. BOGDEN
United States Attorney
PAMELA A. MARTIN
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702) 388-6336 / Fax: (702) 388-5087

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MOTION TO DISMISS INDICTMENT AND |
| ) | QUASH ARREST WARRANT |
| PLAINTIFF, ) | |
| ) | 2:06-cr-216-PMP-LRL |
| vs. ) | |
| ) | |
| ROGELIO RAMIREZ-BARAJAS, ) | |
| ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

MOTION TO DISMISS INDICTMENT AND QUASH ARREST WARRANT

The United States, by and through its counsel, Daniel G. Bogden, United States Attorney, and Pamela A. Martin, Assistant U.S. Attorney, hereby moves to dismiss the Indictment filed against the defendant pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and also asks the Court to quash the outstanding warrant for the defendant's arrest that was issued in the above-captioned case.

Dated this 2nd day of August, 2012.

| | |
|---|---|
| IT IS SO ORDERED. | DANIEL G. BOGDEN |
| | United States Attorney |
| | |
| | /s/Pamela A. Martin |
| _____ | _____ |
| PHILIP M. PRO | PAMELA A. MARTIN |
| UNITED STATES DISTRICT JUDGE | Assistant United States Attorney |

Dated: August 3, 2012.